LARRY L. DAIGNEAULT *v.* STATE OF CONNECTICUT,
JUDICIAL BRANCH, ET AL.
(AC 33170)

Bear, Espinosa and Sullivan, Js.

Argued October 17—officially released November 1, 2011

Per Curiam. The judgment is affirmed.

CHARLES DENTLEY *v.* COMMISSIONER
OF CORRECTION
(AC 32222)

DiPentima, C. J., and Lavine and Borden, Js.

Argued October 17—officially released November 8, 2011

Per Curiam. The appeal is dismissed as moot.

FELIPE MULERO *v.* COMMISSIONER
OF CORRECTION
(AC 32392)

Lavine, Alvord and Bishop, Js.

Argued October 19—officially released November 8, 2011

Per Curiam. The judgment is affirmed.